# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ALVA WARD,

    Plaintiff,

v.                                       CASE NO. 4:14cv323-RH/CAS

PATRICK R. DONAHOE, etc.,

    Defendant.

_____/

## ORDER DETERMINING ENTITLEMENT TO ATTORNEY'S FEES

The jury in this Title VII action returned a verdict for the plaintiff. Judgment was entered on the verdict. In accordance with this district's bifurcated attorney's fee procedure, *see* N.D. Fla. Loc. R. 54.1(D), the plaintiff has moved for an order determining her entitlement to a fee award. The defendant opposes the motion, complaining about the manner in which the plaintiff's attorneys handled the case.

The plaintiff's attorneys failed to comply with the governing rules and orders in some respects. But that was hardly the overriding feature of the litigation. Nor was it the reason for the verdict. The plaintiff presented a

straightforward claim.  The defendant doggedly held to a position that few would have accepted.  Not surprisingly, the jury ruled for the plaintiff.

The defendant insists that awarding fees to a prevailing plaintiff in a Title VII case is discretionary.  And indeed it is.  But denying a fee award to a prevailing Title VII plaintiff is ordinarily an abuse of discretion; in most cases, a prevailing plaintiff is entitled to a fee award.  In any event, even if I had unbridled discretion whether to award fees in this case, I would exercise the discretion by awarding fees.

For these reasons,

IT IS ORDERED:

The plaintiff's motion for an order determining her entitlement to a fee award, ECF No. 66, is granted.  Further proceedings to determine the amount of the award will go forward under Local Rule 54.1(E).

SO ORDERED on October 9, 2015.

s/Robert L. Hinkle
United States District Judge